**Fill in this information to identify the case:**

Debtor name ___Thai Express, Inc._____

United States Bankruptcy Court for the: __Western District of Missouri___

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First Internet Bank of Indiana (Jaris Lending / Spot On) 8701 E. 116th Fishers, IN, 46038 | | Monies Loaned / Advanced | Disputed | | | 113,741.00 |
| 2 | Springfield Grocery Company 2415 W. Battlefield St. Springfield, MO, 65807 | | Suppliers or Vendors | | | | 63,527.75 |
| 3 | Bell Tower Funding 111 Town Square Place, Ste. 1238 Jersey City, NJ, 07310 | | | Disputed | | | 51,133.00 |
| 4 | Essential Funding 1025 Old Country Rd., Ste. 200 Westbury, NY, 11590 | | | Disputed | | | 36,899.00 |
| 5 | Cromwell Capital 398 E. Dania Beach Blvd. PO Box 297 Dania, FL, 33004 | | | Disputed | | | 34,129.00 |
| 6 | Parafin, Inc. 301 Howard Street, Ste. 1800 San Francisco, CA, 94105 | | | Disputed | | | 20,022.00 |
| 7 | PepsiCo 700 Anderson Hill Rd. Purchase, NY, 10577 | | | | | | 3,850.00 |
| 8 | Hong Kong Distribution 3028 E. 18th St. Kansas City, MO, 64127 | | | | | | 3,613.00 |

Debtor   Thai Express, Inc.    Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Samantha Suraya Ghattas<br>2710 Routh Creek Pkwy. Apt. 9101<br>Richardson, TX, 75082 | | Wages, Salaries, Commissions | | | | 2,148.07 |
| 10 | Christian Wallace Inmon<br>4131 S. Scenic Ave.<br>Springfield, MO, 65807 | | Wages, Salaries, Commissions | | | | 2,026.67 |
| 11 | Maximo Ortiz Hernandez<br>1078 S. Weaver Ave.<br>Springfield, MO, 65807 | | Wages, Salaries, Commissions | | | | 1,987.18 |
| 12 | Arturo Hernandez Cortes<br>6224 Lawrence, #1132<br>Miller, MO, 65707 | | Wages, Salaries, Commissions | | | | 1,781.32 |
| 13 | Tim Lor<br>1341 E. Portland St.<br>Springfield, MO, 65804 | | Wages, Salaries, Commissions | | | | 1,500.00 |
| 14 | Complete Kitchen Services<br>3000 E. Cherry St.<br>Springfield, MO, 65802 | | | | | | 1,416.00 |
| 15 | Ashley Dawn Ryan<br>601 S. Fort Ave.<br>Springfield, MO, 65806 | | Wages, Salaries, Commissions | | | | 1,000.00 |
| 16 | Reeds Plumbing<br>611 W. Commercial St.<br>Springfield, MO, 65803 | | | | | | 657.00 |
| 17 | All Kleer Plumbing<br>2051 E. McDaniel St.<br>Springfield, MO, 65802 | | | | | | 364.00 |
| 18 | Jose De Jesus Ortiz Hernandez<br>3164 Lawrence, #1140<br>Miller, MO, 65707 | | Wages, Salaries, Commissions | | | | 304.75 |
| 19 | 360 Fire Protection<br>1801 E. Trafficway St.<br>Springfield, MO, 65802 | | | | | | 100.20 |
| 20 | Division of Employment Security<br>421 E. Dunklin St., PO Box 59<br>Jefferson City, MO, 65104 | | Taxes & Other Government Units | | | | 0.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2